Robert W. MacKenzie (SBN#131653)
MacKenzie Land Law
1395 Ridgewood Drive #300
Chico, CA 95973
Tel: (530) 895-9902
Fax: (530) 566-9203
Attorney for Plaintiff Lawrence V. Hahn

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE V. HAHN, ET AL.,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA DEPARTMENT OF PARKS AND RECREATION, MARK McGOVERN, STEVE MICHEL, MIKE ROMINGER, PAM ARMAS, TARA LYNCH, DONALD K. SCHMIDT, DEAN OERTLE,<br><br>Defendants<br>_____/ | Case No.  2:09-CV-01479-JAM-GGH<br><br>**STIPULATION AND ORDER CONCERNING SERVICE OF SUMMONS/COMPLAINT ON DEFENDANTS** |

WHEREAS, this litigation was filed by plaintiffs on May 28, 2009; and

WHEREAS, plaintiffs transmitted the summons/complaint to three of the defendants, Defendant California Department of Parks and Recreation, Defendant Lynch, and Defendant Armas on June 11, 2009, requesting a waiver of service of the summons/complaint; and

---

**STIPULATION AND ORDER CONCERNING SERVICE OF SUMMONS/COMPLAINT ON DEFENDANTS**

1

WHEREAS, Rules of Federal Civil Procedure, Rule 4(d)(1) provides that specified defendants have a duty to avoid unnecessary expenses of serving the summons; and

WHEREAS, Rules of Federal Civil Procedure, Rule 4(d)(2) provides that, if a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:

    (A) the expenses later incurred in making service; and

    (B) the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses; and

WHEREAS, plaintiffs do not wish to incur the expense of personally serving Defendants Schmidt, Rominger, Oertle, and Michel; nor do plaintiffs wish to unnecessarily disturb the peace of Defendants Schmidt, Rominger, Oertle, and Michel; and

WHEREAS, Defendants' Counsel and Defendant California Department of Parks and Recreation have contacted Defendants Schmidt, Rominger, Oertle, and Michel and discussed this litigation with Defendants Schmidt, Rominger, Oertle, and Michel; and

WHEREAS, Defendants' Counsel and Defendant California Department of Parks and Recreation have made a special appearance in this action on behalf of all of the above named defendants, except Defendant Mark McGovern.

WHEREAS, other than with respect to whether the specified defendants have been properly and timely served with the summons and complaint, this Stipulation is not intended to waive or otherwise have any effect upon any defenses on the part of any of the defendants.

**STIPULATION AND ORDER CONCERNING SERVICE OF SUMMONS/COMPLAINT ON DEFENDANTS**
2

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT:**

With the exception of Defendant Mark McGovern, all of the above named Defendants are deemed to have been properly and timely served by plaintiffs.

**IT IS SO STIPULATED.**

Dated: September 24, 2009            MACKENZIE LAND LAW

_____
Robert W. MacKenzie, Esq.
Attorney for Plaintiffs

Date: September 24, 2009             CALIFORNIA   DEPARTMENT OF PARKS AND RECREATION, STEVE MICHEL, MIKE ROMINGER, PAM ARMAS, TARA LYNCH, DONALD K. SCHMIDT, DEAN OERTLE,

_____
Deborah M. Smith, Deputy Attorney General,
Attorney for Defendants

<u>ORDER</u>

Good cause appearing, and it being stipulated to by the parties, through their respective counsel, the Court orders that, with the exception of Defendant Mark McGovern, all of the above named Defendants are deemed by the court to have been properly and timely served by plaintiffs.

DATE: 09/28/2009

/s/ John A. Mendez
JUDGE OF THE UNITED STATES
DISTRICT COURT, EASTERN
DISTRICT OF CALIFORNIA