EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JAMES M. SCHIAVENZA, State Bar No. 62651
Senior Assistant Attorney General
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-7487
 Fax: (916) 322-8288
 E-mail: Steven.Gevercer@doj.ca.gov

*Attorneys for Defendants, Pam Armas, Donald K.Schmidt, Tara Lynch, Dean Oertle, and Mike Rominger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE V. HAHN AND COLDSTREAM ADVENTURES UNLIMITED, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**PAM ARMAS, SIERRA DISTRICT SUPERINTENDENT, DONALD K. SCHMIDT, TARA LYNCH, DEAN ORTLE, MIKE ROMINGER AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendant. | 2:09-CV-01479-JAM-GGH<br><br>**ORDER GRANTING DEFENDANT S PAM ARMAS AND TARA LYNCH'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:  July 21, 2010<br>Time:  9:30 a.m.<br>Courtroom: 6<br>Judge   Hon. John A. Mendez |

### ORDER GRANTING JUDGMENT ON THE PLEADINGS

The Defendants Pam Armas and Tara Lynch's Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure, Rule 12 (c), was heard on July 21, 2010, before the Honorable John A. Mendez. The Court's ruling is as follows:

1

PDF created with pdfFactory trial version www.pdffactory.com

Defendants' Motion for Judgment on the Pleadings is granted. Judgment is entered in favor of Defendants Pam Armas and Tara Lynch as to the Second, Fifth and Seventh claims alleged in the Second Amended Complaint.

Dated: August 9, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT JUDGE

SA2009311401
31061286.doc

2

PDF created with pdfFactory trial version www.pdffactory.com