MACKENZIE LAND LAW
ROBERT W. MACKENZIE, State Bar No.
 1395 Ridgewood Dr., Suite 300
 Chico, CA 95973
 Telephone:  (530) 895-9902
 Fax:  (530) 566-9203
 E-mail:  rwm@mackenzielandlaw.com

*Attorneys for Plaintiffs Lawrence V. Hahn and Coldstream Adventures Unlimited, Inc.*

EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
JAMES M. SCHIAVENZA, State Bar No. 62651
Senior Assistant Attorney General
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 322-7487
 Fax:  (916) 322-8288
 E-mail:  Steven.Gevercer@doj.ca.gov

*Attorneys for Defendants Donald K. Schmidt, Dean Oertle, and Mike Rominger*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LAWRENCE V. HAHN AND COLDSTREAM ADVENTURES UNLIMITED, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**PAM ARMAS, SIERRA DISTRICT SUPERINTENDENT, DONALD K. SCHMIDT, TARA LYNCH, DEAN ORTLE, MIKE ROMINGER AND DOES 1 THROUGH 100, INCLUSIVE,**<br><br>Defendants. | 2:09-CV-01479-JAM-GGH<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL** |

///

1

1  This Court dismisses with prejudice Plaintiffs' Second Amended Complaint in the above-referenced matter pursuant to Federal Rule of Civil Procedure 41(a)(2) and Eastern District of California Local Rule 16-160.

**IT IS SO ORDERED.**

Dated:  September 22, 2010

      /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge

SA2009311401
31076068.doc